U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

JUL 0 6 2006

ROBERT H. SHEMWELL, CLERK
BY _____
DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| **DORROH & KENDRICK PLC** | **CIVIL ACTION NO. 06-0980** |
| **VERSUS** | **JUDGE TRIMBLE** |
| **CHOICE VISA, et al** | **MAGISTRATE JUDGE KIRK** |

## ORDER

The undersigned notes that a party defendant in the captioned case is Mobil, and that the undersigned is a share holder of Exxon/Mobil, and therefore

It is ordered that the undersigned be recused from this case and that the case be referred to Chief Judge Richard Haik for reassignment.

THUS ORDERED at Alexandria, Louisiana, this 6th day of July, 2006.

_____
JAMES T. TRIMBLE, JR.
UNITED STATES DISTRICT JUDGE

COPY SENT:
DATE: 7/6/06
BY: jull
TO: Judge Haik