**RECEIVED**
IN LAKE CHARLES, LA

SEP 11 2006

ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

## UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF LOUISIANA

## LAKE CHARLES DIVISION

| | | |
|---|---|---|
| **DORROH & KENDRICK PLC** | : | **CIVIL ACTION NUMBER** |
| **VERSUS** | : | **06-0980** |
| **CHOICE VISA, ET AL.** | : | **JUDGE MINALDI** |
| | | **MAGISTRATE JUDGE WILSON** |

### JUDGMENT

By agreement of counsel, defendants, Chase Visa, PSFS, and Chevron, are hereby DISMISSED, without prejudice.

IT IS SO ORDERED.

THUS DONE AND SIGNED in Chambers at Lake Charles, Louisiana, this __9__ day of September, 2006.

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE