RECEIVED
IN LAKE CHARLES, LA

NOV 2 9 2006

ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA


UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

|  |  |
|---|---|
| DORROH & KENDRICK, a PLC, | CIVIL ACTION NO. 1:06cv0980 |
| Plaintiff, | JUDGE MINALDI |
|  | MAGISTRATE JUDGE WILSON |
| v. |  |
|  | Formerly Docket No. 33332/005260 |
| CREDITORS OF HENRY AND JUDY GILL, | 28th Judicial District Court |
|  | LaSalle Parish |
|  | State of Louisiana |
| Defendants. |  |

## JUDGMENT

Upon review of the record, including the entries of default, prior dismissals and disclaimers filed by various parties, and upon the agreement of the remaining claimants, it is hereby **ORDERED, ADJUDGED AND DECREED** as follows:

1. The plaintiff filed this interpleader to determine the interests of the defendants in funds available for distribution from the succession of Henry Gill. A total of $15,961.72 has been placed in the registry of the Court.

2. The following defendants have failed to appear in this action, and the Clerk of Court has entered defaults against them: (1) Choice Visa; (2) Discover Financial Services; (3) J. C. Penney; (4) Sears Roebuck & Co.; (5) Mobil; (6) Shell Oil; (7) Texaco; (8) AARP; (9) Lowes; (10) Conoco; (11) GMAC; (12) COBRA Blue Cross; (13) Andrews Trucking; (14) Ace Family Hardware; and (15) Tri-State Plan. Default judgment is entered against those defendants foreclosing any interests that any of them might have had in the interpleader funds.

3. The Clerk of Court is authorized and directed to draw checks on the funds on deposit in the registry of this Court in the principal amount of $15,961.72 plus all interest earned less the assessment fee for the administration of funds as follows:

    a.    Check amount: $2,931.95
         Payable to: Dorroh & Kendrick, a PLC
         Tax ID No.: 72-1311347
         Mail to: Walter E. Dorroh, Jr., Esquire
               Dorroh & Kendrick, a PLC
               3225 North First Street
               Jena, Louisiana 71342

    b.    Check amount: $139.00
         Payable to: Donald R. Wilson, Esquire
         Tax ID No.: 72-1203977
         Mail to: Donald R. Wilson, Esquire
               Gaharan & Wilson
               P.O. Box 1345
               Jena, Louisiana 71342

    c.    Check amount: Remaining balance of registry funds
         Payable to: United States of America
         Mail to: Laura M. Conner
               Trial Attorney, Tax Division
               U.S. Department of Justice
               P.O. Box 14198
               Ben Franklin Station
               Washington, D.C. 20044

4. Other than as paid as part of the amounts disbursed above, each party will bear its own costs, including any attorneys fees, related to the litigation of this interpleader.

**THUS DONE AND SIGNED** in Lake Charles, Louisiana, this _29th_ day of _November_, 2006.

                                   ALONZO P. WILSON
                                   UNITED STATES MAGISTRATE JUDGE

Approved as to form and content:

_____
WALTER E. DORROH, JR.
Dorroh & Kendrick, a PLC
3225 North First Street
Jena, Louisiana 71342
Telephone: (318) 992-4107
Facsimile: (318) 992-4110
(Attorney for Plaintiff)

_____
DONALD R. WILSON
Gaharan & Wilson
P.O. Box 1345
Jena, Louisiana 71342
Telephone: (318) 992-2104
Facsimile: (318) 992-5110
(Attorney for Defendants Jessie Gill,
Ruby Irene Gill Moore, Henry Jerry Gill, Sr.,
and Heather Rae Gill Scaineaux)


DONALD W. WASHINGTON
United States Attorney

THOMAS B. THOMPSON
Assistant United States Attorney

_____
LAURA M. CONNER
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 14198
Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 514-6438
Facsimile: (202) 514-9868
(Attorneys for Defendant United States of America)